HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REBECCA CARD and DONALD CARD, Wife and Husband,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation,<br><br>　　　　　　　Defendant. | NO. 2:22-cv-1657-RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: December 20, 2022 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice and without fees or costs awarded to either party.

///

///

///

///

///

STIPULATED MOTION FOR DISMISSAL – 1
Case: 2:22-cv-1657-RSM

060349.099728 Card C22-1657 stip dismissal order

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1  DATED this 20th day of December, 2022.

2

3                                             By *s/ Michael S. Rogers*

4                                                 Michael S. Rogers, WSBA 16423
                                                   Reed McClure

5                                                 Attorneys for Defendant
                                                   1215 Fourth Avenue, Suite 1700

6                                                 Seattle WA 98161-1087
                                                   206.292.4900 – Phone

7                                                 206.223.0152 – Fax
                                                   mrogers@rmlaw.com

8

9

10                                          By *s/Perry W. McConnell*

11                                                 Perry W. McConnell, WSBA #40688
                                                   Attorneys for Plaintiff

12                                                 Hansen McConnell & McConnell
                                                   1636 Third St.

13                                                 Marysville, WA  98270
                                                   (360) 647-6762

14

15  IT IS SO ORDERED.

16

17  DONE this 21st day of December, 2022.

18

19

20                                                 RICARDO S. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

STIPULATED MOTION FOR DISMISSAL – 2
Case: 2:22-cv-1657-RSM

060349.099728 Card C22-1657 stip dismissal order

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152